IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| RANDOLPH JONES, JR., individually and for all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ADVANCE BUREAU OF COLLECTIONS, LLP d/b/a ADVANCE BUREAU OF COLLECTIONS; KENNETH M. FRENCH; EVELYN T. TRIMBLE; DAVID J. ALDRICH; LEE ANN BARRETT; MIA H. FERRUZZO-O'BRIEN and T. PATAT,<br><br>Defendants. | CIVIL ACTION NUMBER:<br><br>5:15-cv-00016-MTT |

**JOINT MOTION FOR EXTENSION OF TIME FOR THE PARTIES TO FILE MOTIONS FOR SUMMARY JUDGMENT**

COMES NOW, Plaintiff RANDOLPH JONES, JR., and Defendants and request an Order from this Honorable Court granting the Parties an extension of time to file the Motions for Summary Judgment until thirty (30) days following this Court's ruling on Plaintiff's Motion For Class Certification. In support of this request the Plaintiff explains the following:

**CASE SUMMARY**

Plaintiff Randolph Jones brought this class action for statutory damages, attorney's fees, and costs under the *Fair Debt Collection Practices Act* ("FDCPA"), 15 U.S.C. §§ 1692 *et seq*., on behalf of all Georgia residents to whom Defendants, during the year prior to filing, sent the notice depicted in Exhibit "A" to the Complaint to collect an alleged consumer debt. Plaintiff contends that Defendants violated the 15 U.S.C. §§ 1692e(10) and 1692g(4) and (5) by mailing

a debt collection letter to Plaintiff and class members that failed to inform them that in order to obtain validation of the alleged debt and/or the name and address of the original creditor the request must be "in writing."

The parties have diligently pursued discovery, which was completed on February 12, 2016. The deadline for filing dispositive motions in this matter has been set by the Court for March 10, 2016. [*Doc. 48*]. Plaintiff will file his Motion for Class Certification by the dispositive deadline, and the Parties seek an extension to file their Motions for Summary Judgment until thirty (30) days after this Court decision on class certification.

Respectfully submitted, this 7th day of March 2016.

**HURT STOLZ, P.C.**

s/ James W. Hurt, Jr.
By: James W. Hurt, Jr.
Georgia Bar No. 380104

345 West Hancock Avenue
Athens, Georgia 30601
(706) 3895-2750
Facsimile: (866) 766-9245
jhurt@hurtstolz.com          **ATTORNEY FOR PLAINTIFF**

**BEDARD LAW GROUP, P.C.**

s/ Jonathan K. Aust
By: Jonathan K. Aust
Georgia Bar No. 448584

2810 Peachtree Industrial Blvd., Suite D
Duluth, Georgia 30097
(678) 253-1871
jaust@bedardlawgroup.com     **ATTORNEY FOR DEFENDANTS**