IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| RANDOLPH JONES, JR., individually and for all others similarly situated, ) ) ) Plaintiff, ) ) ) v. ) ) ADVANCE BUREAU OF ) COLLECTIONS, LLP d/b/a ADVANCE ) BUREAU OF COLLECTIONS; ) KENNETH M. FRENCH; ) EVELYN T. TRIMBLE; ) DAVID J. ALDRICH; ) LEE ANN BARRETT; ) MIA H. FERRUZZO-O'BRIEN ) and T. PATAT, ) ) Defendants. ) ) | CIVIL ACTION NUMBER:<br><br>     5:15-CV-00016-MTT     |

**Declaration of David F. Addleton in Support of
Plaintiff's Motion for Class Certification**

I, David F. Addleton, a member of good standing of the Bar of this Court, declare under penalty of perjury pursuant to 28 USC § 1746 as follows:

1.

I am the owner and sole member of the law firm Addleton Ltd. Co. and counsel for the named plaintiff, Randolph Jones, Jr., as well as for the putative class of Georgia resident debtors identified in this class action.

2.

I am a member of good standing of the State Bar of Georgia, the Macon Judicial Circuit of Georgia, The Georgia Court of Appeals, the Georgia Supreme Court, and the United States District Courts for the Northern, Middle, and Southern Districts of Georgia.

3.

I have appeared as co-counsel with James W. Hurt, Jr., and Steven H. Koval in *Cox v. Midland Funding, LLC and Frederick J. Hanna & Associates, P.C.*, filed in the United States District Court for the Northern District of Georgia, Atlanta Division, Civil Action Number 1:14-CV-01576-AT-JSA.  I participated in *Cox* as co-counsel for a putative class of Plaintiffs claiming damages under the Fair Debt Collection Practices Act ('FDCPA'), similar to the claims in the case at bar.

4.

I have no personal or professional interests that are or could become adverse or antagonistic to the plaintiff's interests or the interests of the putative class members that are known to me at this time.

5.

Beginning in August 2001 I focused my practice exclusively in the consumer protection arena when I joined the UAW Legal Services Plans' Atlanta Office as its first chair litigator.  In July 2010, when I opened my solo practice under the name Addleton Ltd. Co. in Macon, Georgia, I further narrowed my practice focus to consumer debt defense including counter-claims and actions under the FDCPA, the Fair Business Practices Act ('FBPA'), and the Unfair or Deceptive Practices Toward the Elderly Act ('UDPTEA').  I pay special heed and attention to the protection of elderly and disabled Georgia residents under these statutes.

6.

I have during my years at UAW Legal Services Plans and in my solo practice defended hundreds of consumer debt collection actions in Georgia courts, most of which are settled on terms favorable to consumers after raising counterclaims under the FDCPA, the FBPA, and the

UDPTEA.  I have sought, and continue to seek, the assistance of James W. Hurt, Jr., and Steven H. Koval to bring class actions in cases of FDCPA violations especially suited to class treatment, such as the case at bar.

7.

I have been a member of the National Association of Consumer Advocates ('NACA') since 2010.  I was its Georgia chapter chair from Fall of 2012 through January 2015.

8.

I own, frequently read and use, and maintain a current electronic subscription to, the leading treatise and most widely used manual on the FDCPA, The National Consumer Law Center's ('NCLC'), *Fair Debt Collection*, now in its eighth, 2014, edition.  Available by electronic subscription at https://library.nclc.org/fdc, the NCLC frequently updates this treatise.  I attend at least annually NCLC and NACA national conferences for continuing education in the consumer protection and consumer debt collection defense fields.

9.

I own and frequently read and use the NCLC's treatise, *Consumer Class Actions*, now in its eighth, 2013, edition.  I try always to follow NACA's *Standards and Guidelines for Litigating and Settling Consumer Class Actions*, (Third Edition, 2014), which is freely available online at http://www.consumeradvocates.org/sites/default/files/NACA%20Class%20Action%20Guidelines%20Updated%20May%202014.pdf.  In 2013, 2014, and 2015 I attended the NCLC/NACA sponsored annual symposia on consumer class actions.

10.

In 2013 I accepted Governor Deal's appointment to serve a three-year term on the Consumer Advisory Board for the Governor's Office of Consumer Protection.  In 2014, I taught

an introductory seminar about consumer debt defense and fair debt collection practices sponsored by the Georgia Institute of Continuing Legal Education.  I frequently assist Georgia Legal Services Program in clinics to educate the public about their rights under the FDCPA, the FBPA, and the UDPTEA.

11.

I hereby declare under penalty of perjury pursuant to 28 USC § 1746 from my personal and direct knowledge that the foregoing information is true and correct.  Further your declarant sayeth naught, this 10th day of March 2016.

                                         s/ David F Addleton
                                         David F. Addleton